ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam and Jaycox, JJ., concur; Blackmar, J., not voting.